IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LESTER DOUGLAS WALKER, JR., JILLIAN MARANDA PADDIE, AND JAMALL WILLIAMS GAINES, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-374 |
| CRETE CARRIER CORPORATION, CRETE CARRIER CORPORATION d/b/a SHAFFER TRUCKING, AND ALEXANDER RENE COLLAZO-ORTIZ, | § § § § § § | |
| *Defendants.* | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiffs are Lester Douglas Walker, Jr., Jillian Maranda Paddie, and Jamall Williams Gaines; Defendants are Crete Carrier Corporation, Crete Carrier Corporation d/b/a Shaffer Trucking, and Alexander Rene Collazo-Ortiz

2. This suit was filed in state court on August 27, 2021 and was removed to this court on or about September 13, 2021.

3. Plaintiffs and Defendants jointly move to dismiss the suit.

4. This is not a class action.

5. A receiver has not been appointed in this suit.

6. This suit is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiffs have not previously dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to refiling.

9. The parties will bear their own attorney's fees and court costs.

    Respectfully submitted,

    **MAYER LLP**

By:   */s/ Lindsay G. Gorbach*
      Lindsay G. Gorbach
      Texas Bar No. 24059839
      John A. Landreth
      Texas Bar No. 24117566
      Preston Osborn
      Texas Bar No. 24101135

750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
(870) 926-2225
(214) 379-6939 (*facsimile*)
lgorbach@mayerllp.com
jlandreth@mayerllp.com
posborn@mayerllp.com

**ATTORNEYS FOR DEFENDANTS**

    - and –

**GOUDARZI & YOUNG, L.L.P.**

By:   */s/ Brent Goudarzi (signed with permission)*
      Brent Goudarzi
      Texas Bar No. 00798218
      Marty Young
      Texas Bar No. 24010502
      Thomas W. Reardon, Jr.
      Texas Bar No. 16640500

3522 Fourth Street
Longview, Texas 75605
(903) 843-2544
goudarziyoung@goudarzi-young.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following counsel of record via electronic transmission, on June 13, 2022:

Brent Goudarzi  
Marty Young  
Jeremy D. Aleman  
Thomas W. Reardon, Jr.  
GOUDARZI & YOUNG, LLP  
P.O. Drawer 910  
Gilmer, Texas 75644

                                           *John A. Landreth*  
                                           John A. Landreth