IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LESTER DOUGLAS WALKER JR, JILLIAN MARANDA PADDIE, JAMALL WILLIAMS GAINES, <br><br> *Plaintiffs*, <br><br> v. <br><br> CRETE CARRIER CORPORATION, ALEXANDER RENE COLLAZO-ORTIZ, CRETE CARRIER CORPORATION, <br><br> *Defendants*. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-00374-JRG |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiffs Lester Douglas Walker, Jr., Jillian Maranda Paddie, and Jamall Williams Gaines (collectively, "Plaintiffs") and Defendants Crete Carrier Corporation, Crete Carrier Corporation d/b/a Shaffer Trucking, and Alexander Rene Collazo-Ortiz (collectively, "Defendants"). (Dkt. No. 25.) In the Stipulation, the parties jointly move to dismiss the above-captioned case with prejudice. (*Id*. at 1.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiffs in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 14th day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE